No. D–461. IN RE DISBARMENT OF POWERS. Disbarment entered. [For earlier order herein, see 469 U. S. 978.]

No. D–468. IN RE DISBARMENT OF DiANGELUS. Disbarment entered. [For earlier order herein, see 469 U. S. 1083.]

No. D–469. IN RE DISBARMENT OF UTERMAHLEN. Disbarment entered. [For earlier order herein, see 469 U. S. 1102.]

No. D–484. IN RE DISBARMENT OF WOLLRAB. It is ordered that James Edward Wollrab, of St. Louis, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–485. IN RE DISBARMENT OF LOGAN. It is ordered that Alex Gerhart Logan III, of Tustin, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–486. IN RE DISBARMENT OF DELK. It is ordered that Leonard Adolph Delk, of San Diego, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–487. IN RE DISBARMENT OF TABMAN. It is ordered that Irving Tabman, of Island Park, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 83–1894. PATTERN MAKERS' LEAGUE OF NORTH AMERICA, AFL–CIO, ET AL. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. [Certiorari granted, 469 U. S. 814];
No. 83–2161. MONTANA ET AL. v. BLACKFEET TRIBE OF INDIANS. C. A. 9th Cir. [Certiorari granted, 469 U. S. 815]; and
No. 84–9. MASSACHUSETTS MUTUAL LIFE INSURANCE CO. ET AL. v. RUSSELL. C. A. 9th Cir. [Certiorari granted, 469 U. S. 816.] Cases restored to calendar for reargument.